UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

|  |  |  |
|---|---|---|
| GNLV CORP. | ) ) ) | 2:13-cv-0679 JCM-VCF |
| Plaintiff, | ) |  |
| vs. | ) ) | MINUTES OF THE COURT |
| ALISA LESUEUR, | ) ) | DATED April 11, 2016 |
| Defendant. | ) ) |  |

PRESENT
THE HONORABLE JAMES C. MAHAN, UNITED STATES JUDGE

DEPUTY CLERK: <u>EILEEN WOOD</u>       RECORDER:     NONE APPEARING

COUNSEL FOR PLAINTIFF (S) :            NONE APPEARING

COUNSEL FOR DEFENDANT (S) :            NONE APPEARING

MINUTE ORDER IN CHAMBERS:

   The Notice of Dismissal (#14) was entered in this case on September 4, 2013. Good cause appearing,

   IT IS ORDERED that the Cash Deposit by Plaintiff, GNLVCorp (#10), posted in the amount of $1,000.00, receipt #8632 filed April 30, 2013, is hereby exonerated and the Clerk of Court is hereby directed to release said funds to the rightful owner.

APPROVED: _/s/ James C. Mahan_____
         UNITED STATES DISTRICT JUDGE

DATED:     April 14, 2016
        _____